UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

LISA CANTWELL, on behalf of herself and all others similarly situated,

                                      Plaintiff,

        -v.-

LIMANI LICENSING, LLC,

                                  Defendants.

---------------------------------------------------------------------------x

Civil Action No:
1:25-cv-2484

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to Defendant shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 8, 2025

                                                  Respectfully Submitted,

                                             */s/Rami Salim*
                                             Rami Salim, Esq.
                                             **Stein Saks, PLLC**
                                             One University Plaza, Suite 620
                                           Hackensack, NJ 07601
                                           rsalim@steinsakslegal.com
                                           Tel. 201-282-6500
                                           Fax 201-282-6501
                                           *Attorneys for Plaintiff*

**<u>Certificate of Service</u>**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 8th day of August, 2025              Respectfully Submitted,

                                          *<u>/s/ Rami Salim</u>*
                                          Rami Salim